IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK GADSDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-18-TMH |
| ) | [WO] |
| ) | |
| WENDY BIGGS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On September 15, 2011, the Magistrate Judge issued a Recommendation (Doc. 27) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 27) is ADOPTED.

2. This case is dismissed without prejudice.

DONE this 14th day of October, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE